UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE GARCIA, et al,<br><br>            Plaintiffs,<br>    v.<br><br>AURORA LOANS SERVICES, et al,<br><br>            Defendants. | Case No.: 5:13-CV-03028-PSG<br><br>**ORDER TO SHOW CAUSE** |

On July 18, 2013, counsel Linda Z. Voss ("Voss") representing Plaintiffs Jose Garcia, et al ("Plaintiffs") was suspended from practice in the Northern District of California.[1] Yet Voss remains as counsel of record on eight pending cases, including this case currently before the undersigned.[2] Given her current status, the court is unclear why Voss has not substituted counsel or made other arrangements regarding her representation of Plaintiffs.

---

[1] *See* Order of Suspension, *In re Linda Z. Voss*, Case No. C 13-80120 WHA (N.D. Cal. July 18, 2013), ECF No. 2.

[2] *See e.g.* Notice of Removal, *Granite Ranch Opportunities, LLC v. Hecker*, 13-CV-02966-DMR (N.D. Cal. June 27, 2013), ECF No. 1; Notice of Removal, *Caballero v. Bank of New York Mellon*, No. 13-CV-03178-DMR (N.D. Cal. July 10, 2013), ECF No. 1; Complaint, *Garcia v. Aurora Loans Services*, No. 13-CV-03028-PSG (N.D. Cal July 1, 2013), ECF No. 1.

IT IS HEREBY ORDERED that at 10:00 a.m. on August 27, 2013 Voss shall appear to explain why she has not substituted counsel and what plans she has made to protect her clients given her current inability to practice in this court.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 13-3028
ORDER