United States District Court
For the Northern District of California

1

2

3

4        UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA

6    JOSE GARCIA, et al.,

7            Plaintiffs,                          No. C 13-3028 PJH

8        v.                                   **ORDER RE SUBSTITUTION OF
                                              COUNSEL**
9    AURORA LOANS SERVICES, et al.,

10           Defendants.
     _____/
11

12        Plaintiffs in the above-captioned case have filed a "request for approval of

13   substitution of attorney," seeking to remove Linda Voss as counsel and to proceed pro se.

14   However, plaintiffs' request appears to be signed by only one plaintiff (Jose Garcia), and

15   not by the other plaintiff (Consuelo Garcia).  Plaintiff Jose Garcia can represent only

16   himself, he cannot represent Consuelo Garcia as well.  Thus, the court needs a request for

17   substitution of attorney that is signed by both Jose and Consuelo Garcia.  Thus, plaintiffs

18   are directed to re-file their request, and to include signatures of both plaintiffs.

19        The court also notes that defendant Quality Loan Service Corp. has filed a motion to

20   dismiss.  However, while the motion papers appear to have been served on Ms. Voss,

21   there is no indication that they were served on plaintiffs themselves.  After plaintiffs are

22   properly substituted into the case, defendant can re-notice the motion to dismiss in

23   accordance with this court's local rules and serve it on plaintiffs, and the court will go

24   forward with the motion on the re-noticed hearing date.

25        **IT IS SO ORDERED.**

26   Dated: September 5, 2013

27                                              _____
                                               PHYLLIS J. HAMILTON
28                                             United States District Judge